## MITCHELL CLAY v. L. B. LESLEY.

**Trespass—Title in Plaintiff.**

In order to mantain an action in trespass, plaintiff must show possession or title in himself.

### APPEAL FROM PIKE CIRCUIT COURT.

September 17, 1873.

OPINION BY JUDGE LINDSAY:

Appellant utterly failed to prove that he was in possession of the premises upon which he alleges the trespass was committed.

He also fails to show that he owned or held the legal title thereto, and in fact states that the title is in the heirs at law of his deceased

brother and that he at most owned but a ninth undivided interest. To maintain trespass it is necessary that the plaintiff shall show possession or title in himself.

The court properly instructed the jury to find for appellees. Judgment *affirmed.*

*Brown & Browning, for appellant.*

*Auxier, Bowles, Connelly, for appellee.*